UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cr-20502-LENARD/GOODMAN

21 U.S.C. § 963
21 U.S.C. § 853
18 U.S.C. § 1956(h)
18 U.S.C. § 1956(a)(2)(A)
18 U.S.C. § 982

UNITED STATES OF AMERICA

vs.

JOSE VIRGILIO GARZON VARON
a/k/a "El Gordo,"
CAMILO ENRIQUE MCALLISTER MALDONADO,
JAIME AUGUSTO PINTO FERREIRA, and
JOSE TORO NARANJO
a/k/a "Nacho,

　　　　　　　Defendants.
_____/



FILED BY ___RB___
                Deputy Clerk
Jun 30, 2015
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. Miami

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning in and around May 2013 and continuing through in or around May 2014, the exact dates being unknown to the Grand Jury, in the countries of Colombia, Guatemala, Honduras and elsewhere, the defendants,

**JOSE VIRGILIO GARZON VARON**
a/k/a "El Gordo,"
**JAIME AUGUSTO PINTO FERREIRA, and**
**JOSE TORO NARANJO**
a/k/a "Nacho,

did knowingly and willfully combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, knowing that

such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(b)(1); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 2

Beginning in and around May 2013, and continuing through in and around February 2014, the exact dates being unknown to the Grand Jury, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendants,

**CAMILO ENRIQUE MCALLISTER MALDONADO,
JAIME AUGUSTO PINTO FERREIRA, and
JOSE TORO NARANJO
a/k/a "Nacho,**

did knowingly and willfully combine, conspire, and agree with each other and with other persons known and unknown to the Grand Jury, to transport, transmit and transfer funds to a place in the United States from or through a place outside the United States, with the intent to promote the carrying on of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(A).

It is further alleged that the specified unlawful activity is the felonious importation, receiving, concealing, buying, selling, and otherwise dealing in a controlled substance, punishable under the laws of Colombia, Guatemala, Honduras, Mexico and the United States.

All in violation of Title 18, United States Code, Section 1956(h).

## COUNTS 3-6

On or about the dates specified as to each count below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**CAMILO ENRIQUE MCALLISTER MALDONADO,**

did transport, transmit, and transfer and attempt to transport, transmit and transfer funds to a place in the United States, from or through a place outside the United States, that is the Republic of Mexico, with the intent to promote the carrying on of specified unlawful activity, as more specifically described below:

| Count | Approximate Date | Financial Transaction |
|---|---|---|
| 3 | August 9, 2013 | Wire transfer in the amount of approximately $67,900 from Vector Casa De Bolsa, S.A., De C.V., located in Nuevo Leon, Mexico, to Wells Fargo Bank account number XXXXXX5821, located in the Southern District of Florida, for the purchase of an aircraft having registration number N1218C |
| 4 | August 12, 2013 | Wire transfer in the amount of approximately $69,600 from Vector Casa De Bolsa, S.A., De C.V., located in Nuevo Leon, Mexico, to Wells Fargo Bank account number XXXXXX5821, located in the Southern District of Florida, for the purchase of an aircraft having registration number N1218C |
| 5 | August 15, 2013 | Wire transfer in the amount of approximately $10,000 from Vector Casa De Bolsa, S.A., De C.V., located in Nuevo Leon, Mexico, to Wells Fargo Bank account number XXXXXX5821, located in the Southern District of Florida, for the purchase of an aircraft having registration number N1218C |
| 6 | August 19, 2013 | Wire transfer in the amount of approximately $187,000 from Vector Casa De Bolsa, S.A., De C.V., located in Nuevo Leon, Mexico, to Citibank account number XXXXXX1903, located in the Southern District of Florida, for the purchase of an aircraft having registration number N1218C |

It is further alleged that the specified unlawful activity is the felonious importation, receiving, concealing, buying, selling, and otherwise dealing in a controlled substance, punishable under the laws of Colombia, Guatemala, Honduras, Mexico and the United States.

In violation of Title 18, United States Code, Sections 1956(a)(2)(A) and 2.

## CRIMINAL FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **JOSE VIRGILIO GARZON VARON a/k/a "El Gordo," CAMILO ENRIQUE MCALLISTER MALDONADO, JAIME AUGUSTO PINTO FERREIRA, and JOSE TORO NARANJO a/k/a "Nacho,** have an interest.

2. Upon conviction of a violation of Title 21, United States Code, Section 963, as alleged in this Indictment, the defendants shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3.      Upon conviction of a violation of Title 18, United States Code, Section 1956, as alleged in this Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offense, or any property traceable to such property.

All pursuant to Title 21, United States Code, Section 853 and Title 18, United States Code, Section 982(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ANDY R. CAMACHO
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| **JOSE VIRGILIO GARZON VARON**<br>a/k/a "El Gordo,"<br>**CAMILO ENRIQUE MCALLISTER MALDONADO,**<br>**JAIME AUGUSTO PINTO FERREIRA,** and<br>**JOSE TORO NARANJO**   a/k/a "Nacho, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| **Defendants.**<br>_____/ | **Superseding Case Information:** |

**Court Division**: (Select One)          New Defendant(s)        Yes ___  No ___
                                          Number of New Defendants ___
_X_ Miami      ____ Key West              Total number of counts ___
___ FTL        ____ WPB      ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)   Yes
   List language and/or dialect   Spanish

4. This case will take   6-7   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to  5 days    ___              Petty     ___
   II   6 to 10 days    _X_              Minor     ___
   III  11 to 20 days   ___              Misdem.   ___
   IV   21 to 60 days   ___              Felony    _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the                District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?       Yes ___  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?       Yes ___  _X_ No

                                          _____
                                          ANDY R. CAMACHO
                                          ASSISTANT UNITED STATES ATTORNEY
                                          Court No. A5501807

*Penalty Sheet(s) attached                                      REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JOSE VIRGILIO GARZON VARON a/k/a El Gordo

**Case No:** _____

Count #: 1

Conspiracy to Distribute Cocaine Aboard Aircraft

Title 21, United States Code, Section 963

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** CAMILO ENRIQUE MCALLISTER MALDONADO

**Case No:** _____

Count #: 2

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:** 20 Years' Imprisonment

Count #: 3-6

Money Laundering with the Intent to Promote the Carrying on of Cocaine Distribution

Title 18, United States Code, Section 1956(a)(2)(A)

**\*Max. Penalty:** 20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JAIME AUGUSTO PINTO FERREIRA

**Case No:** _____

Count #: 1

Conspiracy to Distribute Cocaine Aboard Aircraft

Title 21, United States Code, Section 963

**\*Max. Penalty:** Life Imprisonment

Count #: 2

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:** 20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JOSE TORO NARANJO a/k/a Nacho

**Case No:** _____

Count #: 1

Conspiracy to Distribute Cocaine Aboard Aircraft

Title 21, United States Code, Section 963

*__Max. Penalty:__ Life Imprisonment

Count #: 2

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

*__Max. Penalty:__ 20 Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.